IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MIGUEL ANGEL
ROSILES-CAMARENA**,

**Petitioner,**

**v.**

**CAPTAIN RANDY POLLARD,**
**et al.,**

**Respondents.**                                   No. 12-0902-DRH

## ORDER

**HERNDON, Chief Judge:**

      Miguel Angel Rosiles-Camarena, currently incarcerated in the Jefferson County jail in Mount Vernon, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to challenge the constitutionality of his detention and attempted removal from the United States by the Department of Homeland Security. Without commenting on the merits of petitioner's claims, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the Rules Governing Section 2254 Cases in United States District Courts.[1]

      **IT IS HEREBY ORDERED** that respondents shall answer or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the respondents from raising any objection or defense

---

[1] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

they may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service. The Clerk of the Court is also directed to send a copy of this Order to the Jefferson County Jail in Mount Vernon, Illinois.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED.R.CIV.P. 41(b).

**IT IS SO ORDERED.**

Signed this 15th day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.15
13:23:07 -05'00'

**Chief Judge**
**United States District Court**